**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOON JA SONG,<br><br>　　　　　Plaintiff(s),<br><br>　　v.<br><br>EMMA LUIS, et al.,<br><br>　　　　　Defendant(s). | Case No.　CV-19-04449-R-JPR<br><br>**ORDER OF DISMISSAL<br>BY LACK OF PROSECUTION** |

  Plaintiff was ordered to show cause in writing by not later than **September 3, 2019** why this action should not be dismissed for lack of prosecution;

  WHEREAS, this period has elapsed without any action by plaintiff.

  The Court hereby DISMISSES this instant action for lack of prosecution.

Dated: September 4, 2019

*/s/ Gary Klausner*
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE